[No. 30644-5-III.   Division Three.   July 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ENGELSTAD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-1-00197-0, Scott R. Sparks, J., entered February 14, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[Nos. 30910-0-III; 31267-4-III.   Division Three.   July 24, 2014.]

ETHEL BOYD, *as Personal Representative, Respondent*, v. MARY PANDREA, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 10-2-02042-4, Gregory D. Sypolt, J., entered May 11, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31244-5-III.   Division Three.   July 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE HALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00156-5, Carrie L. Runge, J., entered October 9, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.